AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America )
v. )
JAMES ALLEN MOORE ) Case No: 08-20060-01
) USM No: 41886-039
Date of Original Judgment: 08/26/2008 )
Date of Previous Amended Judgment: 01/07/2010 ) Kenneth R. Sasse
*(Use Date of Last Amended Judgment if Any)*     *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    70 months    months **is reduced to**    46 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    January 7, 2010    shall remain in effect.
**IT IS SO ORDERED**.

Order Date: December 14, 2011      s/Thomas L. Ludington
                                                                  *Judge's signature*

Effective Date:              Thomas L. Ludington, U.S. District Judge
        *(if different from order date)*                  *Printed name and title*